UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CASSANDRA ALEXANDER and EDD            :
ALEXANDER,
                                        :
            Plaintiffs,                 :
                                        :
      v.                                :       **ORDER**
                                        :       21-CV-5816 (WFK) (RLM)
CITY OF NEW YORK, *et al.*,              :
                                        :
            Defendants.                 :
---------------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of the COVID-19 pandemic, the Court has suspended its pre-motion conference

requirement. Therefore, the Court DENIES as moot the parties' requests for pre-motion

conferences, ECF Nos. 28–29, and GRANTS leave to file the anticipated motions for summary

judgment. The Court ORDERS the following briefing schedule:

- The motions shall be submitted by Friday, January 6, 2023 at 5:00 P.M.;

- Responses shall be submitted by Friday, February 3, 2023 at 5:00 P.M.; and

- Replies, if any, shall be submitted by Friday, February 24, 2023 at 5:00 P.M.

As a courtesy, the Court requests the parties refrain from filing motion papers until the

motions have been fully briefed. If the parties elect to file their motions only once fully briefed,

the notice of motion and all supporting papers are to be served on the other party along with a

cover letter setting forth whom the movant represents and the papers being served. Only a copy

of the cover letter shall be electronically filed in advance of the fully briefed motions, and it must

be filed as a letter, not as a motion. On the day the motions are fully briefed, each party shall

electronically file their individual motion papers by 5:00 P.M.

**SO ORDERED.**

# s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: December 5, 2022
      Brooklyn, New York