UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CASSANDRA ALEXANDER and EDD ALEXANDER,

                        Plaintiffs,

-against-

THE CITY OF NEW YORK, SGT. DAMON MARTIN;
SGT. JAMES PRIORE; OFFICER MANNY SHARMA;
and OFFICER DOES 1-5

                        Defendants.
------------------------------------------------------------------------ x

NOTICE OF MOTION FOR SUMMARY JUDGMENT

21-CV-5816 (WFK)(RLM)

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Senior Counsel Ramy Louis, dated January 9, 2023, and the exhibits annexed thereto, the Memorandum of Law, dated January 9, 2023, and upon all prior pleadings had herein, defendants City of New York, Manny Sharma, Damon Martin, and James Priore will move this Court before the Honorable William F. Kuntz II, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for summary judgement in favor of defendants, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

      **PLEASE FURTHER TAKE NOTICE** pursuant to the Court's Order, dated January 4, 2023, that opposition papers, if any, shall be served on the undersigned no later than February 6, 2023, and

**PLEASE FURTHER TAKE NOTICE** pursuant to the Court's Order, dated January 4, 2023, defendants' reply papers, if any, shall be served on plaintiffs by February 27, 2023.

Dated: New York, New York
       January 6, 2023

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York,*
*Sharma, Martin, and Priore*
100 Church Street
New York, New York 10007
(212) 356-2386
rlouis@law.nyc.gov

*/s/ Ramy Louis*

Ramy Louis
*Senior Counsel*

To:   All Counsel of Record (VIA ELECTRONIC MAIL)

2