UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CASSANDRA ALEXANDER and EDD ALEXANDER,

                                 Plaintiffs,

-against-

THE CITY OF NEW YORK, SGT. DAMON MARTIN;
SGT. JAMES PRIORE; OFFICER MANNY SHARMA;
and OFFICER DOES 1-5

                                 Defendants.

------------------------------------------------------------------- x

**DECLARATION OF ANDREA OSGOOD IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

21-CV-5816 (WFK) (LB)

        **ANDREA OSGOOD,** an attorney duly admitted to practice in the Southern District of New York, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

        1.     I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York, Manny Sharma, Damon Martin, and James Priore. As such, I am familiar with the facts and circumstances stated below. I submit this declaration in further support of Defendant's Reply Memorandum of Law in further support of Defendants' Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

        2.     Attached as Exhibit "J" is a true and accurate copy of Police Officer Nazir Abdul's body worn camera video recorded on February 7, 2019.

DATED: New York, New York
April 10, 2023

        HON. SYLVIA O. HINDS-RADIX
        Corporation Counsel of the City of New York
        *Attorney for Defendant City*
        100 Church Street
        New York, New York 10007
        (212) 356-2424

        By:   *Andrea Osgood*
               Andrea Osgood
               *Senior Counsel*