UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CASSANDRA ALEXANDER and EDD
ALEXANDER,

                Plaintiffs,

                v.                **SCHEDULING ORDER**
                                     21-CV-5816 (WFK) (CHK)

THE CITY OF NEW YORK, *et al.*,

                Defendants.
-------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

        The Court is in receipt of the parties' Joint Motion to Adjourn Conference at ECF No. 59. The Court ADJOURNS the pre-trial conference currently scheduled for Wednesday, January 21, 2026, at 12:00 Noon, to Friday, January 23, 2026, at 3:30 P.M. The proceeding will take place before the Honorable William F. Kuntz, II, in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201.

        The parties are instructed to follow the pre-trial procedures provided in Rule V of the Individual Motion Practices and Rules of Judge William F. Kuntz, II, detailing pre-trial procedures governing the trial of civil actions. The Court ORDERS the parties to file any pre-trial submissions on ECF in adherence with the following pre-trial schedule:

- The parties shall file the Joint Pre-Trial Order on or before Friday, January 16, 2026, at 5:00 P.M.; and

- The parties shall file applicable pre-trial submissions on or before Tuesday, January 20, 2026, at 5:00 P.M.

SO ORDERED.

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: January 15, 2026
      Brooklyn, New York