```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CASSANDRA ALEXANDER and EDD          :
ALEXANDER,                           :
                                     :
                Plaintiffs,          :
                                     :
        v.                           :     SCHEDULING ORDER
                                     :     21-CV-5816 (WFK) (CHK)
THE CITY OF NEW YORK, et al.,        :
                                     :
                Defendants.          :
---------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of an unanticipated conflict in the Court's calendar, the Court ADJOURNS the pre-trial conference in the above-captioned case currently scheduled for Friday, January 23, 2026, at 3:30 P.M., to Monday, January 26, 2026, at 2:00 P.M. The proceeding will take place before the Honorable William F. Kuntz, II, in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201.

**SO ORDERED.**

**s/WFK**
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: January 21, 2026
       Brooklyn, New York