UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CASSANDRA ALEXANDER and EDD      :
ALEXANDER,      :
      :
    Plaintiffs,      :
      :
    v.      :      <u>**SCHEDULING ORDER**</u>
      :      21-CV-5816 (WFK) (CHK)
THE CITY OF NEW YORK, *et al.*,      :
      :
    Defendants.      :
-------------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

        In light of an unanticipated conflict in the Court's calendar, the Court ADJOURNS the pre-trial conference in the above-captioned action currently scheduled for Monday, January 26, 2026, at 2:00 P.M., to Monday, February 9, 2026, at 12:00 Noon. The Court also ADJOURNS trial in the above-captioned action currently scheduled to commence on Monday, February 2, 2026, at 9:30 A.M., to Monday, May 11, 2026, at 9:30 A.M.

        Both proceedings will take place before the Honorable William F. Kuntz, II, in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201.

                 **SO ORDERED.**

                 **s/WFK**
                _____
                HON. WILLIAM F. KUNTZ, II
                UNITED STATES DISTRICT JUDGE

Dated: January 22, 2026
      Brooklyn, New York